IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARBARA BAMBERG, | ) | |
| PLAINTIFF, | ) | CIVIL ACTION NUMBER: |
| VS. | ) | CV-01-N-1367-S |
| CISCO SYSTEMS, INC., et al., | ) | |
| DEFENDANTS. | ) | |

**CISCO'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6); ANSWER AND AFFIRMATIVE DEFENSES; AND COUNTERCLAIM**

COMES NOW Defendant Commercial Industries Service Company, Inc. (hereinafter referred to as CISCO) and files this Answer and Affirmative Defenses. In support thereof, CISCO would respectfully show the Court as follows:

I.   FIRST DEFENSE

**MOTION TO DISMISS**

Defendant moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Original Complaint, with Prejudice, as to CISCO on the following grounds:

1. Plaintiff has brought claims against CISCO relating to the collection of an outstanding commercial debt that Plaintiff incurred when she sought and obtained credit from Spring Arbor for the purpose of purchasing books for her place of business, Angels Among Us.



2. The state and federal statutes that normally govern the collection of consumer debts are not applicable here as Plaintiff's underlying debt was for a commercial account.

3. The Complaint fails to allege any facts which, if proved, would entitle the plaintiff to relief against CISCO.

II. SECOND DEFENSE

**ANSWER**

And now, without waiving and expressly reserving the aforesaid First Defense and all other affirmative defenses stated elsewhere in this answer, CISCO responds to similarly numbered paragraphs in the Complaint, as follows:

1. CISCO lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1, and therefore denies them.

2. CISCO admits that it conducts business within the State of Alabama.

3. CISCO lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1, and therefore denies them.

**COUNT ONE - INVASION OF PRIVACY**

4. CISCO restates and incorporates its responses to paragraphs 1 through 3 as though fully stated herein.

5. CISCO admits that it attempted to contact the Plaintiff via written correspondence and by leaving messages on an answering machine at the business phone number that was indicated on the Plaintiff's commercial credit

application. As to the remaining allegations of paragraph 5, CISCO denies them.

6. CISCO denies the allegations of paragraph 6.

7. CISCO specifically denies that the Plaintiff ever had any conversations with any of its employees. CISCO also denies the remaining allegations of paragraph 7.

8. CISCO denies the allegations of paragraph 8.

## COUNT TWO - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

9. CISCO restates and incorporates its responses to paragraphs 1 through 9 as though fully stated herein.

10. CISCO denies the allegations of paragraph 10.

11. CISCO denies the allegations of paragraph 11.

12. CISCO denies the allegations of paragraph 12.

## III. AFFIRMATIVE DEFENSES

13. Plaintiff's Complaint fails to state a claim against CISCO upon which relief can be granted.

14. Plaintiff's alleged injuries and damages, if any, were directly and proximately caused by the acts or omissions of third persons over whom CISCO had neither control nor responsibility and/or resulted from an intervening proximate cause.

15. At all pertinent times, CISCO acted in good faith and without malice or intent to injure Plaintiff.

16. While CISCO does not admit liability on its own part or on the part of any other defendant to this action, if any defendant is found liable in any respect relevant to this case and one or more of the other defendants are also found to be liable, then CISCO pleads the applicable provisions of the Alabama Litigation Accountability Act with respect to the appropriate apportionment of liability.

17. Plaintiff has failed to mitigate her damages by failing to pay the debt owed by her to Defendant and/or Defendant's creditor/client.

18. The sole proximate cause or proximate contributing cause of the injuries and damages claimed by the plaintiff is her own negligence.

19. CISCO reserves the right to assert additional affirmative defenses.

## IV.  CISCO'S COUNTERCLAIM

20. Defendant/Counter Plaintiff CISCO hereby claims that Plaintiff/Counter Defendant Barbara Barnberg has breached her credit agreement with Spring Arbor, a copy of which is attached and incorporated herein by reference as Exhibit A. As a result of Ms. Barnberg failing to comply with the terms of this credit agreement, Spring Arbor retained the professional services of CISCO to collect the outstanding debt due on this account.

21. Under this agreement, Ms. Barnberg promised to pay for the goods, services, wares and/or merchandise so provided, but Ms. Barnberg has failed and refused and continues to fail and refuse to pay the amount due and owing on the account to CISCO in the sum of $1,762.53, together with collection and/or attorneys' fees and expenses incurred in the collection of this account as permitted under the agreement.

22. As a direct result of Ms. Barnberg's failure to pay the amount due and owing to CISCO and/or its creditor/client, CISCO has been required to employ the attorneys of Daw & Ray, P.C., as its attorneys, and has agreed to pay its attorneys a reasonable attorneys' fee for legal services rendered, and to be rendered in this cause. Therefore, CISCO seeks recovery of all their attorneys' fees.

## V. DEMAND FOR JURY TRIAL

23. Defendant/Counter Plaintiff hereby demands a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Defendant/Counter Plaintiff Commercial Industries Service Company, Inc. ("CISCO") requests that this matter be set for jury trial and that upon trial, Plaintiff/Counter Defendant take nothing on their claim and that Defendant/Counter Plaintiff recover all of its damages, attorneys' fees, costs of court, and such other and further relief to which they may be justly entitled.

Respectfully submitted,

*[signature]*

H.L. Ferguson, Jr.          HLF004
Stacy A. Linn               LIN028
Attorneys for Defendant, CISCO, Inc.

OF COUNSEL:

FERGUSON, FROST & DODSON, LLP
Post Office Box 530190
Birmingham, Alabama 35253-0190
205-879-8722 - phone
205-879-8831 - fax

and

Keith Wier
DAW & RAY, P.C.
Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
713-266-3121 - phone
713-266-3188 - fax

## CERTIFICATE OF SERVICE

This is to certify that on this the ___30th___ day of May, 2001, a copy of the foregoing document has been served upon the following person by the following method:

___X___    mailing the same by 1st class United States mail, properly addressed and postage pre-paid

_____    hand delivery

_____    via facsimile

Ms. Penny D. Hays
Alabama Injury Lawyers, P.C.
2204 Lakeshore Dr., Suite 200
Birmingham, AL 35209

_____
Of Counsel

05/30/01 WED 11:58 FAX 713 3188   DAW & RAY   ⌀002
MAY-09-01 WED 08:52 AM   NORTHLAND INS.   FAX NO. 651 688 4170   P. 09/30

# Spring Arbor Trade Account Application

Please print or type all information to expedite the evaluation of your application. Incomplete forms will be returned. A trade application must be on file with Spring Arbor prior to, or must accompany, your first order. An account number and a reasonable credit limit will be given upon approval of your application. Inclusion of a financial statement with this application will expedite setting up your account; any such statement will be kept strictly confidential. We cannot process orders without an account number.

2013570 A

**Bill To:**
- Business Name: Angels Among Us
- Street or P.O. Box: 372 Walnut St.
- City, State, Zip: Centreville, AL
- Phone: (305) 926-? (305 ???)
- Fax: ?
- E-mail: ?

**Ship To:** Same
- Business Name: Angels Among Us
- Street Address: 372 walnut St.
- City, State, Zip: Centreville, AL
- Phone: (305) 926-? (305 ???)
- Fax: ?
- E-mail: ?

Business Name Listed With Directory Assistance: Angels Among Us

☒ Business District   ☐ Residential Area   Do you own the building? Renting
☐ Strip Shopping Center   ☐ In Church   ☐ Yes ☒ No, owner's name: Jack Spinks
☐ Freestanding   ☐ Other   Address: _____
                          Phone: (205) 365-1600

(Check only one)
☐ Evangelical Christian   ☐ Seminary/College Bkst   ☐ General Music   ☐ Distributor   ☐ Mail Order
☐ Catholic/Liturgical   ☐ Camp/Retreat   ☒ Religious Music   ☐ Exporter   ☐ School - Grades___
☐ Trade/General   ☐ Gift/Hospital   ☐ Video Store   ☐ Library   ☐ Other___

☒ Sole Proprietorship ........................................ New
☐ Corporation   When and Where Incorporated
         ☐ Profit   ☐ Nonprofit                            11-22-99
         Legal Name
☐ Partnership (all owners sign)
☐ _____ (owner name)
☒ Church (????)

☐ New Releases ONLY
☒ All Stocking
☐ No Backorder

(Check only items you want stocked)
☒ Books   ☒ Bibles   ☒ Church Resources   ☒ Gifts   ☐ Homeschooling   ☒ Music   ☒ Sunday Supplies
☒ Video

Exhibit A

FROM Library    205326/    11-22-99 12:18PM TO    152138515    #15 P.2/2

Complete Information on All Legal Owners Is Required (use attachment, if necessary).
Name (1) Barbara Bamberg       (2) ___
Title Manager/Owner
Street 50 Circlewood Dr.
City, State, Zip Brook, AL 35054
Home phone (205) 926-1650
Social Security # 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
Do you own (or have you owned) any other business(es)? ☒ No ☐ Yes, give ___
Business Name ___
Address ___
City/State/Zip ___         Home Phone ( ___ ) ___

To establish a credit line, please complete the following:
Square footage of retail area  20 X 130 sq. ft.
Retail sales: Last fiscal year $ Not applicable   Two years ago $ Not applicable
Approximate inventory at cost $ 5,000        Approximate value of fixtures $ 5,000
Trade accounts payable $ Not applicable    Notes payable $ Not applicable
Anticipated purchases per year from Spring Arbor $ 8,000   Credit line requested $ 2,000
Is this store your sole source of income? ☐ Yes  ☒ No If no, explain my husband has another
Have you, or this corporation, ever filed bankruptcy? ☐ Yes ☒ No If yes, explain ___   job
Have you ever had a Spring Arbor account before? ☒ No ☐ Yes, Account Number ___
Retail Sales Tax Number will notify Dept.  Tax Exempt Number  applied for
Total hours you are (or plan to be) open per week 60   Date store opened (or expect to) Dec. 1, 1999

Business References (wholesalers and suppliers preferred). Please provide three references. (No business references
Firm Name (1) OCC SuperLenora Service American Express (2)               available)
Account # ___ lala ___    3739-455038-4067
Street 1165 Hazel Ave. Suite DD2
City, State, Zip Centerville AL   Chicago IL 60619
Home phone 205 926-1652  800-643-8542                 1-Y

Bank First United Security   Bank Account # 41 90414   Loan Account # ___
Address 129 Court Sq. W.   City, State Centerville, AL 35042
Phone (205) 926-4181

Please provide account numbers if you do business with any of the following:
Baker/Taylor $ no acct #   CL Glenn $ n/o acc #   Riverside $ no acct #
Moody $ no acct #   Nelson/Word $ no acct #   Other $ no acct #
Upstart $ no acct #   Ingram $ no acct #

I agree to abide by Spring Arbor's terms and policies, as outlined in the Information and Policies brochure, for payment of available product. I understand that returns or invoices for other services may occur. I agree to pay seller a late charge of 1.5 percent per month, on the past due portion of my account. Seller reserves the right to withhold shipment of orders if my account is past due. I will also be responsible for any and all collection and/or attorney fees and expenses incurred in collecting on my account. Permission is hereby granted to obtain credit information from all trades and personal references, including my bank. (All legal owners must sign the Trade Account Application.)
Signature Barbara Bamberg    Title Manager   Date 11/23/99
Signature ___   Title ___   Date ___

BP# 429798           Complete and mail/fax this form to:
                     ___ Distributors One Ingram Blvd., MS 512 LaVergne, TN 37086-1986 or fax (615) 213-4515

```
05/30/01  WED 11:59 FAX 713      3188        DAW & RAY                                      ☒004
MAY-09-01 WED 08:51 AM    NORTHLAND INS.          FAX NO. 651 688 4170              P. 05/30
  8- 3-01; 4:44PM;CISCO       ;                                    ;713 4612432           # 22/ 27

                                     CISCO
         CISCO                 14:21:50  06 Feb 2001
                                                                       ASSIGNED AMOUNTS
 CLIENT#    13642 SPRING ARBOR                 --OWING--    -RECEIVED-              --OWING--   -RECEIVED-
 ACCOUNT#   240165                  AGN/AMT    1,762.53        0.00    PRINCIPAL    1,762.53        0.00
 NAME       ANGELE AMONG US         INT            0.00        0.00    ASGN INT         0.00        0.00
 NAME2      BARBARA BAMBERG/ OWNER  CANCELLED      0.00                COMM FEES       0.00        0.00
 ADDRESS    173 MONTEVALO RD        ATTORNEY       0.00        0.00    AMISC1          0.00        0.00
 ADDRESS2                           COURT          0.00        0.00    AMISC2          0.00        0.00
 CITY       CENTREVILLE             MISC         286.66        0.00    AMISC3          0.00        0.00
 ST/ZIP     AL  35042-2221          TOTAL***    2,049.19       0.00    AMISC4          0.00        0.00
 PHONE                                                                 AMISC5          0.00        0.00
 NOTE LNS   57                      NET W/JMT**              2,049.19  AMISC6          0.00        0.00
 DESK/UNIT  100                     STATUS: FWD  COMM: ACJ             AMISC7          0.00        0.00
 DOB                                 -- DATE --                        AMISC8          0.00        0.00
 SSN                                ASSIGNED 10-17-00                  AMISC9          0.00        0.00
 DRL                                LAST CHG
 CLIENT REF# #2003570               LAST PAY                             MISCELLANEOUS AMOUNTS
 FWD-CLIENT                         LAST ACT 02-06-01                               --OWING--   -RECEIVED-
 INT RATE(D) .00                    CL LC/LP                           MISC          286.66        0.00
 PACKET#                            INTR EFF 10-17-00                  OVERPMT         0.00        0.00
 --- SPECIAL FIELDS ---                                                MISC1           0.00        0.00
 PATIENT                            INT REV                            MISC2           0.00        0.00
 SUPVR                              S.F. REV                           MISC3           0.00        0.00
 COMM REV                           MISC REV                           MISC4           0.00        0.00
                                                                       MISC5           0.00        0.00
 --- TICKLER FILE ---                                                  MISC6           0.00        0.00
 (1) LAST ACTION DT (Y/N) 02-06-01  Y    (6) NEXT STEP                 MISC7           0.00        0.00
 (2) COLLECTOR ACTION (?)                (7) FOLLOWUP PRIO (1-10)
 (3) TIME TO WORK                        (8) PROMISED PMT DATE
 (4) DATE WORK AGAIN                     (9) IMP NOTE LINES
 (5) PROMISED PMT AMT   0.00

 --- NOTES ---
   (001) 14:11 10-17-00 STATEMENTS X |LW
   (002) 14:11 10-17-00 CREDIT APP X |LW
 * (003) 14:17 10-17-00 INPUT BY LW
 * (004) 14:50 10-17-00 TC=23 286.66 *MS-A |LW
 * (005) 16:29 10-17-00 SNT NTC ACK
   (006) 11:27 10-19-00 RECVD NEW B12 UB/LUR
 * (007) 11:27 10-19-00 DSTS:ACT |LUR
   (008) 11:27 10-19-00 LNOR UB/LUR
   (009) 14:19 10-19-00 LORI CALLED SO GOT AN NSF CK BACK UB/KT
   (010)                FOR 150 SO ADD THAT PLUS NSF CHG
   (011)                FOR 20 MSG TO SA
 * (012) 16:30 10-19-00 SNT NTC D1
 * (013) 14:51 10-20-00 TC=3 170.00 *AP-A |JA
   (014) 11:24 10-30-00 REC TODAY |CLN
   (015) 11:56 10-30-00 PH POE LMOR FOR BARBERA BAMBERG/ |CLN
   (016) 11:56 10-30-00 FILE SHWS SHE IS PRINCIPAL |CLN
 * (017) 13:46 10-30-00 SNT NTC D2
   (018) 08:24 11-01-00 LNOR |CLN
 * (019) 12:34 11-02-00 ADDR:812 WALNUT |MKU
 * (020) 12:34 11-02-00 ZIP:35208 |MKU
   (021) 13:53 11-09-00 PH POE LNOR |CLN
 * (022) 13:56 11-09-00 RFQ LTRS C123 DBT SCREENING CALLS |CLN
 * (023) 16:07 11-09-00 SNT NTC D3
 * (024) 08:29 11-10-00 SNT LTR C123
```

--- NOTES --- FOR ACCOUNT 240165 (CONTINUED)

(025) 09:31 11-14-00 PH POS LMOR |CLM
(026) 16:25 11-27-00 LMOR |CLM
* (027) 16:25 11-27-00 REG LTR# D20 GOING TO ATTORNEY |CLM
* (028) 08:02 11-28-00 SNT LTR D20
(029) 16:03 12-05-00 LMOR |CLM
(030) 16:03 12-05-00 REFER TO TLM |CLM
* (031) 16:03 12-05-00 OSTS:DKP |CLM
(032) 08:59 12-06-00 GAVE FILE TO KT WB/SF
* (033) 08:59 12-06-00 OSTS:RTH |SF
* (034) 14:59 12-07-00 REG LTR# OA2 ATTY 10 DAY DEMAND |SL
* (035) 15:01 12-07-00 REG LTR# C97J TYPE IN LETTER |SL
(036) 15:01 12-07-00 WC NO RESPONSE, FINAL NTC THEN TO WB/BL
(037)                 ATTY
* (038) 15:01 12-07-00 ODSK:13 |SL
* (039) 15:01 12-07-00 OSTS:RKT |SL
* (040) 09:35 12-11-00 SNT LTR OA2
* (041) 10:18 12-11-00 SNT LTR C97J
(042) 12:33 12-13-00 LMTC ON REC. WB/SG
(043) 17:29 12-19-00 PHN RANG LONG TIME THN FAST BUSY. WB/SG
(044) 16:55 01-03-01 WILL CALL THIS ACCT IN MORN. KSTOP WB/SG
(045)                GETTING TO IT LATE.
(046) 10:56 01-09-01 PHN 4659 TEMP DISC. WB/SG
(047) 08:51 01-23-01 PHND 4659, PHN IS COMPLETELY WB/SG
(048)                DISC_RTH.
* (049) 08:51 01-23-01 OSTS:DKP |SG
(050) 08:49 01-24-01 GAVE FILE TO KT WB/SF
* (051) 08:49 01-24-01 OSTS:RTH |SF
* (052) 10:02 02-06-01 OPHN;205-924-4659 |SL
* (053) 10:02 02-06-01 REG LTR# C89 ATTY REG ADDL TIME |SL
* (054) 10:02 02-06-01 ODSK:55C |SL
* (055) 10:02 02-06-01 OSTS:RKT |SL
* (056) 14:21 02-06-01 REG LTR# BOND LTR TO ATTY TO BOND |NKU
* (057) 14:21 02-06-01 ODSK:05B |NKU

MAY-09-01 WED 08:51 AM    NORTHLAND INS.            FAX NO. 651 888 4170          P. 07/30

5- 3-011 4:44PM;CISCO   ;2;                              ;713 46;2432             # 24/ 27

TERESA H. SNIDER                  INGRAM BOOK CO ; 7 SPRING ARBOR

AMERICAN SOFTWARE, INC.        A/R INQUIRY - OPEN ITEM DETAIL    10/06/00   AAR140
                                                         CURR:  USD    PAGE:    1
CUSTOMER:  20B3570              SUFFIX  :                COMP:         DIV:
ANGELS AMONG US                 CRED RESP: 16            LIM DUE HLD
CENTREVILLE   AL                CONSOL NO:
TYP:      AGE:     STAT:    SHOW: PO         SEQ: RFDT      START:
      ACCT BALANCE     O/I CNT       FUTURE           CURRENT          PAST DUE
         1,592.53         19          150.00-            68.67          1,673.86
  S TYN   REF NUMBER    ITM DT DUE DT      AMOUNT     ST DL A DAYS PURCHASE ORDER
  ? BIN   26796074     020200 033000         189.46      P8  189  013100
  ? BIN   26853559     020400 053100          20.19      P6  127  02021719
  ? BIN   26976945     020900 033000          13.84      P8  189  02072000
  ? BIN   27021600     021000 033000         181.58-     P8  189  02072000
  ? BIN   27021601     021000 033000          36.54      P8  189  020800
  ? BIN   27140659     021500 033000          14.48      P8  189  REORDR
  ? BIN   27318096     022200 033000          23.10      P8  189  021800
  ? BIN   27369944     022300 033000         245.43      P8  189  021800
  ? BIN   27369945     022300 033000         188.12      P8  189  011400
  ? BIN   27559072     030100 043000          72.49      P7  158  022800
  ? BIN   27736235     030800 043000          32.99      P7  158  03061733
  ? BIN   27918596     031500 043000          56.00      P7  158  030700
                                                                    MORE...
  3=SUM  5=CX SUM  7=PAY SUM  8=PAY DET  9=AGE  13=SEL  15=CR SUM
                                                                    CMD:

5- 2-01; 4:44PM;CISCO   C.                                      ;713 4912432                  # 23/ 27

TERESA H... ...DER              INGRAM BOOK C... / SPRING ARBOR

```
AMERICAN SOFTWARE, INC.     A/R INQUIRY - OPEN ITEM DETAIL    10/06/00   AAR140
                                                    CURR:  USD      PAGE:    2
CUSTOMER:   20B3970         SUFFIX   :              COMP:            DIV:
ANGELS AMONG US             CRED RESP: 16           LIM DUE HLD
CENTREVILLE   AL            CONSOL NO:
TYP:    AGE:    STAT:   SHOW: PO     SEQ: RFDT      START:
     ACCT BALANCE      O/I CNT        FUTURE          CURRENT           PAST DUE
        1,592.53         19           150.00-          62.67             1,673.86
 S TRN   REF NUMBER    ITM.DT DUE DT        AMOUNT    ST DL A DAYS  PURCHASE ORDER
 ? BIN   28180384      032400 043000        176.72    P7    158  021800
 ? BIN   28311726      033000 053000         39.57    P6    128  011200
 ? CIN   29001768      042600 063000        310.00    P5     97
 ? BIN   29262851      050500 063000         21.84-   D5     97  01041229
 ? BIN   29810856      060100 073000         51.52    P4     67  053000
 ? LIC   IC0048568     081800 081800         68.67    C      48
 ? CDC   0001102       092000 092000        150.00-   F2     15


                              END OF PAGING DATA
      3=SUM   5=CI SUM   7=PAY SUM   8=PAY DET   9=AGE   13=SEL   15=CR SUM
                                                                              CMD:
```